IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-93-2 |
| | § | |
| | § | |
| JUAN SANCHEZ | § | |

**O R D E R**

Defendant Juan Sanchez filed an unopposed motion for continuance of the deadline for filing objections and of the sentencing hearing, (Docket Entry Nos. 287).  The motion for continuance is granted. Defendant must file his objections to the presentence report by November 20, 2008. The sentencing hearing is reset to **December 8, 2009, at 9:30 a.m.**

SIGNED on October 20, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge